AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

*I, Sheryl L. Loesch , Clerk of this Court,*

*certify that DABNEY WARE, Bar Number 0095990,*

*was duly admitted to practice in this Court on*

*March 27, 1998, and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Jacksonville, Florida, on September 12, 2006*

SHERYL L. LOESCH
Clerk

*Deputy Clerk*