**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                    TELEPHONE (334) 954-3600

September 28, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Rixie Dillard vs. Halla Climate Systems, et al**
**Case Number: 3:06cv506-MEF**

**Pleading : #4- Motion to Appear Pro Hac Vice**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 9/22/2006 with the incorrect party listed in the title of the pleading.**

**The corrected pdf document is attached to this notice.**