IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RIXIE DILLARD, )  )   Plaintiff, ) v. ) ) HALLA CLIMATE SYSTEMS ) ALABAMA, *et al.,* )  ) Defendants. ) | CASE NO. 3:06-cv-506-MEF |

# **O R D E R**

Upon consideration of the Motion for Dabney D. Ware to Appear Pro Hac Vice (Doc. #4) filed on September 22, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE