## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **RIXIE DILLARD** | ) | |
| | ) | |
| **Plaintiff** | ) | **Civil Action No.:** |
| | ) | |
| **v.** | ) | **3:06-cv-00506-MEF-CSC** |
| | ) | |
| **HALLA CLIMATE SYSTEMS ALABAMA** | ) | |
| **CORPORATION, HALLA CLIMATE** | ) | |
| **CONTROLS CORPORATION** | ) | |
| **& VISTEON CORPORATION** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff and Defendants, Halla Climate Systems Alabama Corporation, Halla Climate Controls Corporation and Visteon Corporation jointly move the Court to dismiss the Complaint with prejudice and in support hereof state:

1.    Plaintiff filed a civil action against Defendants asserting various claims relating to his employment.

2.    The parties voluntarily attended a private mediation and have mutually agreed to settle the claims raised in these proceedings.

3.    Pursuant to the terms of the Confidential Settlement Agreement, the parties jointly move the Court to enter a Final Order dismissing the Complaint with prejudice while retaining jurisdiction to enforce the terms of the Confidential Settlement Agreement upon a Motion to reopen the case filed by either party.

WHEREFORE, Plaintiff and Defendants request a final Order dismissing the Complaint with prejudice.

/s/ Roderick T. Cooks
Roderick T. Cooks
e-mail:rcooks@winstoncooks.com
WINSTON COOKS, LLC
319-17th Street North
Birmingham, AL 35203
Telephone:  205-502-0970
Facsimile:  205-251-0231


Attorney for Plaintiff

/s/ Dabney D. Ware
Dabney D. Ware, Esq.
Florida Bar No. 0095990
e-mail: dware@foley.com
FOLEY & LARDNER LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
Telephone: 904-359-2000
Facsimile:  904-359-8700

Thomas L. Oliver, II
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
Telephone: 205-949-2942
Facsimile: 205-822-2057


Attorneys for Defendants

2