IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RIXIE DILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-506-MEF |
| | ) | |
| HALLA CLIMATE SYSTEMS | ) | |
| ALABAMA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL  JUDGMENT**

Pursuant to the Joint Motion to Dismiss Complaint With Prejudice (Doc. #11) filed by the parties on December 5, 2006, it is

ORDERED that the motion is GRANTED and this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of December, 2006.

                                               /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE